

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-22-00421-CR

Aaron **POUCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19622-1
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The trial court's certification in this appeal states "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

This court must dismiss this appeal "if a certification that the defendant has a right of appeal has not been made part of the record under these rules." *Id.* R. 25.2(d); *see Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

We **order** Appellant to show cause within **thirty** days of the date of this order why this appeal should not be dismissed. *See id.* If no response or amended trial court certification is filed within thirty days, this appeal will be dismissed.

All other appellate deadlines are **suspended** pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2022.



Michael A. Cruz,
Clerk of Court